

**CIRCUIT COURT FOR BALTIMORE COUNTY, MARYLAND**
401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

Main: 410-887-2601
Fax: 410-887-3062

**To:** MICHAEL S. MCDEVITT
1674 CHINFORD TRAIL
ANNAPOLIS, MD 21401

            **Case Number:**   C-03-CV-20-002390
         **Other Reference Number(s):**

**TESSEMAE'S, LLC VS. MICHAEL MCDEVITT, ET AL.**

                     Issue Date: 6/8/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

TESSEMAE'S, LLC
8850 Kelso Drive
Essex, MD 21221

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
 Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
 Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# SHERIFF'S RETURN
Circuit Court for Baltimore County

Sheriff fee: _____ By: _____

Served: _____

Time: _____ Date: _____

With the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order

- ☐ Counter Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Other _____
  Please specify

Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction

- ☐ No such address
- ☐ Other _____
  Please specify

Sheriff fee: $ _____     _____
                                            Serving Sheriff's Signature & Date

Instructions to Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

**CIRCUIT COURT FOR BALTIMORE COUNTY MARYLAND**

Fax: 410-887-3062

401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

**To:** BRENDAN CONNORS
352 NORTH DRIVE
SEVERNA PARK, MD 21146

Case Number: C-03-CV-20-002390
Other Reference Number(s):

**TESSEMAE'S, LLC VS. MICHAEL MCDEVITT, ET AL.**

Issue Date: 6/8/2020

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

TESSEMAE'S, LLC
8850 Kelso Drive
Essex, MD 21221

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Tessemae's, LLC vs. Michael McDevitt, et al.     Case Number: C-03-CV-20-002390

Case 1:20-cv-02013-GLR    Document 1-3    Filed 07/08/20    Page 4 of 126

# SHERIFF'S RETURN
Circuit Court for Baltimore County

Sheriff fee: _____ By: _____

Served: _____

Time: _____ Date: _____

With the following:

☐ Summons      ☐ Counter Complaint
☐ Complaint      ☐ Domestic Case Information Report
☐ Motions      ☐ Financial Statement
☐ Petition and Show Cause Order      ☐ Other _____
                                                                                                 Please specify

Was unable to serve because:

☐ Moved left no forwarding address      ☐ No such address
☐ Address not in jurisdiction      ☐ Other _____
                                                                                                 Please specify

Sheriff fee: $ _____      _____
                                                                                    Serving Sheriff's Signature & Date

Instructions to Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

**CIRCUIT COURT FOR BALTIMORE COUNTY MARYLAND**

401 Bosley Avenue, P.O. Box 6754
Towson, MD  21285-6754

Fax: 410-887-3062

**To:** ALEX CHEHANSKY
2192 CHESAPEAKE HARBOUR DRIVE
ANNAPOLIS, MD 21043

**Case Number:** C-03-CV-20-002390
**Other Reference Number(s):**

**TESSEMAE'S, LLC VS. MICHAEL MCDEVITT, ET AL.**

Issue Date: 6/8/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

TESSEMAE'S, LLC
8850 Kelso Drive
Essex, MD  21221

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
  Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
  Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Tessemae's, LLC vs. Michael McDevitt, et al.  Case Number: C-03-CV-20-002390

Case 1:20-cv-02013-GLR Document 1-3 Filed 07/08/20 Page 6 of 126

# SHERIFF'S RETURN
Circuit Court for Baltimore County

Sheriff fee: _____ By: _____

Served: _____

Time: _____ Date: _____

With the following:

- ☐ Summons
- ☐ Complaint
- ☐ Motions
- ☐ Petition and Show Cause Order

- ☐ Counter Complaint
- ☐ Domestic Case Information Report
- ☐ Financial Statement
- ☐ Other _____
  Please specify

Was unable to serve because:

- ☐ Moved left no forwarding address
- ☐ Address not in jurisdiction

- ☐ No such address
- ☐ Other _____
  Please specify

Sheriff fee: $ _____   _____
Serving Sheriff's Signature & Date

Instructions to Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

**CIRCUIT COURT FOR BALTIMORE COUNTY MARYLAND**
Fax: 410-887-3062
401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

**To:** PAUL INTLEKOFER
663 SHORE ROAD
SEVERNA PARK, MD 21146

                                                 **Case Number:**       C-03-CV-20-002390
                           **Other Reference Number(s):**

**TESSEMAE'S, LLC VS. MICHAEL MCDEVITT, ET AL.**

Issue Date: 6/8/2020

# WRIT OF SUMMONS

    You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

    TESSEMAE'S, LLC
    8850 Kelso Drive
    Essex, MD 21221

    This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Tessemae's, LLC vs. Michael McDevitt, et al.  Case Number: C-03-CV-20-002390

Case 1:20-cv-02013-GLR Document 1-3 Filed 07/08/20 Page 8 of 126

# SHERIFF'S RETURN
Circuit Court for Baltimore County

Sheriff fee: _____  By: _____

Served: _____

Time: _____  Date: _____

With the following:

☐ Summons                     ☐ Counter Complaint
☐ Complaint                   ☐ Domestic Case Information Report
☐ Motions                     ☐ Financial Statement
☐ Petition and Show Cause Order   ☐ Other _____
                                              Please specify

Was unable to serve because:

☐ Moved left no forwarding address   ☐ No such address
☐ Address not in jurisdiction         ☐ Other _____
                                              Please specify

Sheriff fee: $ _____    _____
                                          Serving Sheriff's Signature & Date

Instructions to Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

CIRCUIT COURT FOR BALTIMORE COUNTY MARYLAND

401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

Fax: 410-887-3062

**To:** TANDEM LEGAL GROUP, LLC
S/O CT CORPORATION SYSTEM
1015 15TH STREET, NW
SUITE 1000
WASHINGTON, DC 20005

Case Number: C-03-CV-20-002390
Other Reference Number(s):

TESSEMAE'S, LLC VS. MICHAEL MCDEVITT, ET AL.

Issue Date: 6/8/2020

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 60 days after service of this summons upon you, in this Court, to the attached complaint filed by:

TESSEMAE'S, LLC
8850 Kelso Drive
Essex, MD 21221

This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
  Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
  Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

## SHERIFF'S RETURN
Circuit Court for Baltimore County

Sheriff fee: _____  By: _____

Served: _____

Time: _____  Date: _____

With the following:

☐ Summons                           ☐ Counter Complaint
☐ Complaint                         ☐ Domestic Case Information Report
☐ Motions                           ☐ Financial Statement
☐ Petition and Show Cause Order     ☐ Other _____
                                          Please specify

Was unable to serve because:

☐ Moved left no forwarding address   ☐ No such address
☐ Address not in jurisdiction        ☐ Other _____
                                          Please specify

Sheriff fee: $ _____        _____
                                      Serving Sheriff's Signature & Date

Instructions to Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).

CIRCUIT COURT FOR BALTIMORE COUNTY,
MARYLAND
Fax: 410-887-3062
401 Bosley Avenue, P.O. Box 6754
Towson, MD 21285-6754

**To:** HERMAN DUNST
3376 JENNINGS CHAPEL ROAD
WOODBINE, MD 21797

                                                                    **Case Number:**        C-03-CV-20-002390
**Other Reference Number(s):**

**TESSEMAE'S, LLC VS. MICHAEL MCDEVITT, ET AL.**

                                                                                           Issue Date: 6/8/2020

## WRIT OF SUMMONS

     You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

    TESSEMAE'S, LLC
    8850 Kelso Drive
    Essex, MD 21221

     This summons is effective for service only if served within 60 days after the date it is issued.

*Julie L. Ensor*

Julie L. Ensor
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

# SHERIFF'S RETURN
Circuit Court for Baltimore County

Sheriff fee: _____    By: _____

Served: _____

Time: _____    Date: _____

With the following:

☐ Summons                    ☐ Counter Complaint
☐ Complaint                  ☐ Domestic Case Information Report
☐ Motions                    ☐ Financial Statement
☐ Petition and Show Cause Order    ☐ Other _____
                                              Please specify

Was unable to serve because:

☐ Moved left no forwarding address    ☐ No such address
☐ Address not in jurisdiction         ☐ Other _____
                                                Please specify

Sheriff fee: $ _____    _____
                                          Serving Sheriff's Signature & Date

Instructions to Private Process Server:

1. This Summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126.
4. If this summons is served by private process, process server shall file a separate affidavit as required by Rule 2-126(a).