# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## BALTIMORE CIVIL DIVISION

|  |  |
|---|---|
| **TESSEMAE'S, LCC,,** ) ) *Plaintiff/counter-defendant*, ) ) v. ) ) **MICHAEL S. MCDEVITT, et al.**, ) ) *Defendants/counter-plaintiff.* ) ) | Case No. 1:20-CV-02013 (GLR) |

## JOINT STATUS REPORT REGARDING DISCOVERY DISPUTES

On October 26, 2021, the parties filed a joint status report apprising the Court that the parties were in active communications concerning the attorney-client privilege issues raised in defendants' October 9, 2021, letter (ECF 56). Those communications remain ongoing, and the parties have agreed to focus their immediate discovery efforts on those issues with the goal of submitting their dispute to the Court for resolution (if it cannot be resolved independently) as soon as possible. The parties anticipate seeking a modification of the current scheduling order in connection with any briefing submitted to the Court or after the parties have resolved their dispute without the Court's intervention.

Date: November 9, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Barry Coburn* | */s/ Andrew Levy* |
| Barry Coburn | Andrew Levy |
| COBURN AND GREENBAUM, PLLC | BROWN GOLDSTEIN AND LEVY, LLP |
| 1710 Rhode Island Ave., NW | 120 E. Baltimore St. |
| Second Floor | Suite 2500 |
| Washington, D.C. 20036 | Baltimore, MD 21202 |
| Tel. (202) 643-9472 | Tel. (410) 962-1030 |
| barry@coburngreenbaum.com | adl@browngold.com |
| | |
| *Counsel for all defendants* | *Counsel for plaintiff* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of November, 2021, a true and correct copy of the foregoing was filed via ECF, which shall send copies to all counsel of record.

                                        */s/ Katherine Zimmerl*
                                        Katherine Zimmerl