IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| TESSEMAE'S, LLC, | ) |
| | ) |
| Plaintiff/Counter-Defendant, | ) |
| | ) |
| v. | ) Case No. 1:20-CV-02013 (GLR) |
| | ) |
| MICHAEL S. MCDEVITT, *et al.*, | ) |
| | ) |
| Defendants/Counter-Plaintiff. | ) |
| | ) |

## SCHEDULING ORDER

Upon consideration of parties' Joint Motion to Extend the Scheduling Order it is, this 24th day of June, 2022, by the District Court for the District of Maryland, hereby ORDERED that:

1. The Joint Motion to Extend the Scheduling Order is GRANTED;

2. The case schedule going forward shall be as follows:

| Event | Date |
|---|---|
| Close of Fact Discovery | February 20, 2023 |
| Rule 26(a)(2) disclosures by any party intending to use expert opinion to support an issue on which the party has the burden of proof | March 10, 2023 |

| | |
|---|---|
| Rule 26(a)(2) disclosures by any party intending to offer expert opinion in response to opinions offered by opposing party | May 10, 2023 |
| Rule 26(a)(2) rebuttal disclosures | June 9, 2023 |
| Rule 26(a)(2) supplementation of disclosures | June 16, 2023 |
| Discovery deadline; submission of status report | June 30, 2023 |
| Requests for admission | July 7, 2023 |
| Dispositive pretrial motions deadline | August 7, 2023 |

_____/s/_____
George L. Russell
United States District Judge