IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND (NORTHERN DIVISION)

| | |
|---|---|
| TESSEMAE'S, LLC, | * |
|     Plaintiff/Counter-Defendant, | * |
| | *   Case No.: 1:20-CV-02013 (GLR) |
| v. | * |
| MICHAEL S. MCDEVITT, et al., | |
| | * |
|     Defendants/Counter-Plaintiff. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## SUGGESTION OF BANKRUPTCY

PLEASE TAKE NOTICE that on February 1, 2023, Tessemae's LLC (the "Debtor") filed a voluntary bankruptcy petition (the "Petition") under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the District of Maryland. The case is currently pending before the Honorable Nancy V. Alquist, as Case No. 23-10675 (the "Bankruptcy Case").

PLEASE TAKE FURTHER NOTICE that pursuant to 11 U.S.C. § 362, the commencement or continuation of a judicial, administrative, or other action or proceeding against the Debtor, including the above-styled litigation, is stayed upon the filing of the Petition (the "Automatic Stay").

WHEREFORE, the Debtor suggests that the Automatic Stay dictates that the above-styled litigation must be stayed in its entirety until such time as the Bankruptcy Case has been terminated, and seeks such other and further relief as the Court deems just and proper.

Dated: February 7, 2023          **COLE SCHOTZ P.C.**

By:  */s/ Gary H. Leibowitz*
Gary H. Leibowitz (Bar No. 24717)
Irving E. Walker (Bar No. 00179)
H.C. Jones III (Bar No. 20064)
300 East Lombard Street, Suite 1111
Baltimore, MD  21202
(410) 230-0660
(410) 230-0667 (fax)
gleibowitz@coleschotz.com
iwalker@coleschotz.com
hjones@coleschotz.com

*Proposed Counsel for Debtor and Debtor-In-Possession*

2

65577/0002-44633505v1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of February 2023, copies of the foregoing *Suggestion of Bankruptcy* were served via the Court's electronic filing system on all parties registered to receive service.

/s/H.C. Jones III
H.C. Jones III
