UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | |
|---|---|
| Chambers of<br>**George L. Russell, III**<br>Chief United States District Judge | 101 West Lombard Street<br>Baltimore, Maryland 21201<br>410-962-4055 |

January 8, 2025

MEMORANDUM TO COUNSEL RE:    Tessemae's LLC v. Michael McDevitt, et al.
                             Civil Action No. GLR-20-2013

Dear Counsel:

   The parties are directed to submit a joint status report no later than thirty (30) days from the date of this memorandum to include whether or not they object to an administrative closure of the case, subject to reopening by any party, and any other matter that needs to be brought to the attention of this Court.

   Despite the informal nature of this memorandum, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/
George L. Russell, III
Chief United States District Judge